DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC DAYS, CA Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOSE MORENO-CONTRERAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>JOSE MORENO-CONTRERAS,<br><br>*Defendant.* | No. 1:09-cr-004O6 AWI<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE HEARING;<br>ORDER THEREON<br><br>Date : January 11, 2010<br>Time: 9:00 a.m.<br>Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled for December 14, 2009, **may be continued to January 11, 2010, at 9:00 a.m.**

The purpose of the requested continuance is for further defense investigation and plea negotiation prior to hearing. Additionally, although a plea offer has recently been received, counsel has not yet had an opportunity to review it with Mr. Moreno-Contreras. The requested continuance will conserve time and resources for all parties and the court.

///
///
///
///
///

1   The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

                                      BENJAMIN B. WAGNER
                                      United States Attorney

DATED: December 10, 2009        /s/ Susan Phan
                                        SUSAN PHAN
                                        Assistant United States Attorney
                                        Attorney for Plaintiff

                                        DANIEL J. BRODERICK
                                        Federal Defender

DATED: December 10, 2009       /s/ Marc Days
                                        MARC DAYS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        JOSE MORENO-CONTRERAS

**O R D E R**

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

**Dated:   December 10, 2009**        /s/ Anthony W. Ishii
                                        CHIEF UNITED STATES DISTRICT JUDGE